USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
SHENZHEN XINGCHEN XUANYUAN :
INDUSTRIAL CO. LTD., :
 :
 :
Plaintiff, :   1:23-cv-6549-GHW
 :
-against- :   ORDER
 :
AMAZON.COM SERVICES LLC, *et al.*, :
 :
Defendants. :
 :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

     This action was removed from the Supreme Court of the State of New York, County of New York, on July 27, 2023.  Dkt. No. 1.  Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than August 10, 2023.  Additionally, counsel for Plaintiff is directed to promptly file a notice of appearance in this case.  Counsel for Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

     SO ORDERED.

Dated: July 28, 2023
      New York, New York

                                                     _____
                                                     GREGORY H. WOODS
                                                   United States District Judge