```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/13/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
SHENZHEN XINGCHEN XUANYUAN                                     :
INDUSTRIAL CO. LTD.,                                           :
                                                               :                1:23-cv-6549-GHW
                                        Plaintiff,             :
                                                               :                    ORDER
                    -v –                                       :
                                                               :
AMAZON.COM SERVICES LLC, and                                   :
AMAZON.COM, INC.,                                              :
                                                               :
                                        Defendants.            :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the conference held on September 13, 2023, the deadline for Defendants to file and serve their motion to compel arbitration is October 4, 2023. Plaintiff's opposition is due no later than three weeks after service of Defendants' motion. Defendants' reply, if any, is due no later than two weeks after service of Plaintiff's opposition.

      In addition, as stated on the record during the September 13, 2023 conference, the Court finds good cause to stay discovery pending briefing and resolution of Defendants' anticipated motion to compel arbitration. The deadline for Defendants to answer the complaint will be held in abeyance pending resolution of the motion to compel arbitration.

      SO ORDERED.

Dated: September 13, 2023
      New York, New York

                                                GREGORY H. WOODS
                                            United States District Judge