USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHENZHEN XINGCHEN XUANYUAN INDUSTRIAL CO. LTD.,

Plaintiff,

-v-

AMAZON.COM SERVICES LLC, *et al.*,

Defendants.

1:23-cv-6549-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

On May 30, 2024, the Court granted Defendants' motion to stay this case and to compel arbitration. Dkt. No. 41. The parties are directed to submit a joint letter updating the Court on the status of the arbitration by no later than July 15, 2026.

SO ORDERED.

Dated: July 8, 2026
New York, New York

GREGORY H. WOODS
United States District Judge